USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

SEGUNDO BARE,

Defendant.

---

07 Cr. 631 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **September 28, 2007** at **11:30 a.m.**

Because an adjournment is needed to allow the parties to discuss a disposition short of trial and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **August 31, 2007**, until **September 28, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
         August 31, 2007

_____
John G. Koeltl
United States District Judge