```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

SEGUNDO BARE,
                            Defendant.
------------------------------------------------------------X

07 cr 631 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, October 11, 2007 at 2:30pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **October 11, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                          JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 26, 2007
             27