USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
              :
UNITED STATES OF AMERICA
              :
      -v.-             ORDER OF FORFEITURE
              :
SEGUNDO BARE,            07 Cr. 631 (JGK)
              :
          Defendant.
              :
- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about July 12, 2007, SEGUNDO BARE (the "Defendant"), was charged in a one-count Indictment 07 Cr. 631 (JGK) (the "Indictment") with unlawfully, intentionally and knowingly conspiring to distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A);

        WHEREAS, the Indictment included a forfeiture allegation seeking forfeiture to the United States pursuant to Title 21, United States Code, Section 853, of any and all property constituting or derived from any proceeds that the defendant obtained directly or indirectly as a result of committing the said violation, including, but not limited to a sum of money equal to all proceeds obtained as a result of the narcotics offense charged in Count One;

-1-

WHEREAS, on or about November 28, 2007, the defendant SEGUNDO BARE pled guilty to the Indictment;

WHEREAS, on or about February 29, 2008, the defendant was sentenced and ordered to a forfeiture money judgment in the amount of $30,000.00 in United States Currency, representing the amount of proceeds obtained as a result of the offense charged in Count One of the Indictment; and

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in the Indictment, for which the defendant pled guilty, a money judgment in the amount of $30,000.00 shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, SEGUNDO BARE, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Sharon E. Frase, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       March 7, 2008

SO ORDERED:

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE